■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERI SINGLETON, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or

about March 22, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Nardelli, Williams and Catterson, JJ.